# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KAMERON BARFIELD

NO. 2026 KW 0831

**AUGUST 10, 2026**

---

In Re:    Kameron Barfield, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          26-CR-176.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT